IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IRONWORKERS ST. LOUIS DISTRICT
COUNCIL, WELFARE, AND ANNUITY FUNDS
and IRONWORKERS LOCALS 46, 392,
and 577,

Plaintiffs,

v.                                          No. 14-0918-DRH

ROGER SELLE d/b/a/ R&S CONSTRUCTION,

Defendant.

### ORDER

**HERNDON, District Judge:**

Pending before the Court is plaintiffs' motion for default judgment and an accounting (Doc. 8). Based on the following, the Court **DENIES at this time** the motion.

A review of the pleadings, reveals that plaintiffs failed to comply with Local Rule 55(a). Local Rule 55.1(a) requires the moving party to: (1) "give notice of the entry of default to the defaulting party by regular mail sent to the last known address of the defaulted party," and (2) "certify to the Court that notice has been sent." Further, Local Rule 55.1(b) requires that the motion seeking default judgment "shall contain a statement that a copy of the motion has been mailed to the last known address of the party from whom default judgment is sought. If the moving party knows, or reasonably should know, the identity of an attorney

thought to represent the defaulted party, the motion shall also state that a copy has been mailed to that attorney."

Here, plaintiffs failed to certify that they mailed a copy of the motion for default judgment to defendant's attorney, or that in the alternative, that plaintiffs are not aware that defendant is represented by counsel, generally. Accordingly, the Court **DENIES at this time** motion for default judgment and accounting (Doc. 8). The Court **ALLOWS** plaintiffs to file a new motion that comports with this Order and the Local Rule on or before October 28, 2014.

**IT IS SO ORDERED.**

Signed this 14th day of October, 2014.

Digitally signed by
David R. Herndon
Date: 2014.10.14
15:01:20 -05'00'

**United States District Court**